**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOHNTA Q. BARBER                                                                                              PLAINTIFF

V.                                          4:08CV04117 GTE/HDY

T. SHOCK, Sgt., Faulkner County Detention
Center; J. GRAMTHOM, Sgt., Faulkner County
Detention Center; G. WILCOX, Lt., Faulkner County
Detention Center; and FRINTZ, Officer, Faulkner County
Detention Center                                                                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this ___1st___ day of December, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE